AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Darnell Bishop and Dontrell Nance | ) | Case No. |
| | ) | 1:23-mj-516 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 17, 2023___ in the county of ___Berrien___ in the ___Western___ District of ___Michigan___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 1951 | Hobbs Act Robbery |
| 18 U.S.C § 924(c)(1)(A)(ii) | Brandishing a Firearm During and in Relation to a Crime of Violence |
| 18 U.S.C § 922(u) | Theft of Firearms from a Federal Firearms Licensee |
| 18 U.S.C § 922(j) | Knowingly Possessing Stolen Firearms |

This criminal complaint is based on these facts:

See attached continuation

☑ Continued on the attached sheet.

The Court processed the complaint remotely.  The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail).  The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail).  The process complied with Rules 3 and 4.1.

*Complainant's signature*

SA Mallorie Campbell, ATF
*Printed name and title*

Date: ___11/20/2023___

*Judge's signature*

City and state: ___Grand Rapids, Michigan___        Phillip J. Green, U.S. Magistrate Judge
*Printed name and title*